The People of the State of New York, Appellant, v. Frank Edward Murphy, Respondent.—

Present — Del Vecchio, J. P.,
Marsh, Witmer, Gabrielli and Moule, JJ.